Robert C. Brady
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4617
rbrady@gibbonslaw.com

and

Constantine T. Fournaris
**WIGGIN AND DANA LLP**
Two Liberty Place
50 S. 16th Street, Suite 2925
Philadelphia, PA 19102
Telephone: (215) 988-8311
cfournaris@wiggin.com

*Attorneys for Defendants*
*AAMCO Transmissions, Inc. and*
*American Driveline Centers, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CARLOS CHAVEZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AAMCO TRANSMISSIONS, INC. and AMERICAN DRIVELINE CENTERS, INC.,<br><br>　　　　Defendants. | Civil Action No.: _____<br><br>*Document Electronically Filed*<br><br>**RULE 7.1 DISCLOSURE** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel certifies to the following information:

1.　　Defendant AAMCO Transmissions, Inc. is a wholly owned subsidiary of American Driveline Systems, Inc.

2. Defendant American Driveline Centers, Inc. is a wholly owned subsidiary of American Driveline Systems, Inc.

I certify under penalty of perjury that the foregoing is true and correct. Executed on this 5th day of November, 2012, in Newark, New Jersey.

Dated: November 5, 2012  By: s/ Robert C. Brady
       Newark, New Jersey  Robert C. Brady
**GIBBONS P.C.**
One Gateway Center
Newark, NJ  07102-5310
Tel:  (973) 596-4617
Fax:  (973) 639-8380
rbrady@gibbonslaw.com

*Attorneys for Defendants*
*AAMCO Transmissions, Inc. and*
*American Driveline Centers, Inc.*

2